UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JASON HOWARD,<br><br>　　　　　Petitioner,<br><br>v.<br><br>DONALD STINE,<br><br>　　　　　Respondent. | No. 1:10-cv-84-WTL-DML |

**Entry Directing Further Proceedings**

**I.**

The petitioner shall have **through February 12, 2010,** in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so.

**II.**

The petitioner shall have **through February 12, 2010,** in which to **supplement** his petition for a writ of habeas corpus by stating whether and how he has exhausted state judicial remedies, on direct appeal or through collateral proceedings. *See O'Sullivan v. Boerckel,* 526 U.S. 838, 845 (1999) ("[S]tate prisoners must give the state courts one full opportunity to resolve any constitutional issues.").

**IT IS SO ORDERED.**

Date: 01/25/2010

Distribution:

Jason Howard
No. 200279
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana